UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEAN RHEA,<br><br>                Plaintiff,<br><br>   v.<br><br>WASHINGTON DEPARTMENT OF CORRECTIONS,<br><br>                Defendant. | Case No. C10-254BHS<br><br>ORDER REFERRING CASE TO MAGISTRATE JUDGE |

This matter is **REFERRED** to United States Magistrate Judge Karen L. Strombom, pursuant to 28 U.S.C. § 636(b)(1), Local Rules MJR 3 and 4, and Fed. R. Civ. P. 72.

DATED this 13th day of May, 2010.

                                        BENJAMIN H. SETTLE
                                        United States District Judge

ORDER