UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JEAN RHEA,

          Plaintiff,

  v.

WASHINGTON DEPARTMENT OF CORRECTIONS, KENNETH TAYLOR, and DR. STEVEN HAMMOND,

          Defendants.

NO. C10-00254 BHS/KLS

ORDER FOR EXTENSION OF DISCOVERY DEADLINE

Before the Court is the parties' Stipulated Motion to Extend Deadline to Conduct Depositions. ECF No. 26. The current discovery deadline is November 19, 2010. ECF No. 14. The parties ask that the deadline be extended to December 31, 2010.

Accordingly, it is **ORDERED:**

(1) The parties' Stipulated Motion to Extend Deadline to Conduct Depositions (ECF No. 26) is **GRANTED**.

(2) The discovery deadline is now **December 31, 2010.**

(3) The clerk is directed to send copies of this Order to Plaintiff and to counsel for Defendants.

DATED this 1st day of November, 2010.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER - 1